Submitted on record and briefs December 16, 1992, convictions affirmed; remanded for resentencing February 3, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DOUGLAS JAY GORLEY,
*Appellant.*

(91CR-0492; CA A73092)

844 P2d 945

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Amy E. Alpaugh, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions for manufacture of a controlled substance, ORS 475.992, and two counts of being a felon in possession of a firearm. ORS 166.270. He contends that in imposing sentence, the court improperly denied him credit for the time that he had served in jail before his sentencing. ORS 137.320. The state concedes error and we accept the concession.

Convictions affirmed; remanded for resentencing.